IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RACHELLE DIETZ,

        Plaintiff,

        vs.                                 Case No. 11-2437-JTM

WORLDWIDE RECOVERIES, LLC,

        Defendant.

ORDER

This matter is before the court on the plaintiff Rachelle Dietz's Motion for Default Judgment. (Dkt. 7). The court finds that plaintiff is entitled to default judgment under Fed.R.Civ.Pr. 55(b)(2), that defendant Worldwide Recoveries has failed to appear or defend the action, and that Dietz is entitled to judgment in the following amounts:

1. Statutory damages in the amount of $ 1,000.00, pursuant to 15 U.S.C. § 1692k(a)(1),

2. Attorney fees in the amount of $2,325.00, reflecting 9.3 hours at $250.00 per hour, pursuant to 15 U.S.C. § 1692k(a)(3),

3. Costs of $355.79, reflecting the $350.00 court filing fee and $5.79 in service costs, pursuant to 15 U.S.C. § 1692k(a)(3), and

4. Post-judgment interest.

IT IS SO ORDERED this 23rd day of February, 2012.

                                              s/ J. Thomas Marten
                                             J. THOMAS MARTEN, JUDGE